# EXHIBIT A

Humboldt Independent Practice Association
c/o Return Processing Center
P.O. Box 3825
Suwanee, GA 30024

Humboldt IPA



16 1 8051 ****************AUTO**5-DIGIT 95502
Susan Fraser
Fortuna, CA

February 12, 2025

## NOTICE OF DATA BREACH

Dear Susan Fraser:

Humboldt Independent Practice Association ("Humboldt IPA") is writing to inform you of a recent data security incident that resulted in the unauthorized acquisition of your protected health information (PHI). Humboldt IPA is a third-party that administers health plans and healthcare services on behalf of providers. As such, Humboldt IPA received your PHI from one or more of those providers. This notice is intended to provide you details about the incident, our response, and additional steps you may take protect your information.

**What Happened:** On June 28, 2024, Humboldt IPA became aware of a phishing campaign, designed to appear as a legitimate communication from one of our partners. Upon discovery, we took immediate action to investigate the incident, which involved retaining outside cyber counsel, as well as independent forensics specialists (at the direction of counsel). A thorough investigation, we learned that an unauthorized actor gained access to a single email account between June 26, 2024 and July 1, 2024. After a detailed review of the data involved, it was determined that the unauthorized actor acquired contents of the email account, and that the account included your protected health data.

**What Information Was Involved:** The information involved includes your first and last name, in combination with the following data element(s): Date of Birth, Medical Condition, Mobile, Private Health Member ID.

**What We Are Doing:** We reported the incident to the Department of Health and Human Services with the Office of Civil Rights. A dedicated call center will also be available to you, which includes a professional team to provide support services and address inquiries concerning the incident and proactive fraud assistance to help with any questions that you might have. These services will be provided by HayStackID, specializing in fraud assistance and remediation services. For assistance, you may contact our dedicated call center at 888-802-9726, Monday through Friday, 9:00 AM to 9:00 PM eastern time. Instructions about how to enroll in these services and additional resources available to you are included in the enclosed "*Steps You Can Take to Help Protect Your Information.*"

**What You Can Do:** To date, we are not aware of any reports of identity fraud or fraudulent activity involving your information as a result of this incident. However, it is always prudent for persons to remain vigilant against incidents of identity theft and fraud by reviewing your credit reports and account statements for suspicious activity and to detect errors. If you discover any suspicious or unusual activity on your accounts, please promptly contact the financial institution or company. We have provided additional information below, which contains more information about steps you can take to help protect yourself against fraud and identity theft, as well as credit monitoring enrollment instructions.